No. 4,724.—STATE EX REL. JOHN COUGHLIN, RESPONDENT, *v.* MAYOR OF THE CITY OF BUTTE, APPELLANT.

*Appeal from District Court, Silver Bow County.*

Decided September 14, 1920.

PER CURIAM.—Upon motion of the appellant, the appeal herein is this day dismissed.

*Mr. R. L. Clinton, Mr. E. D. Elderkin* and *Mr. C. F. Juttner,* for Appellant.

---

No. 4,723.—STATE EX REL. LEONARD C. COURTNEY, RESPONDENT, *v.* MAYOR OF THE CITY OF BUTTE, APPELLANT.

*Appeal from District Court, Silver Bow County.*

Decided September 14, 1920.

PER CURIAM.—Upon motion of the appellant herein, the appeal in the above-entitled cause is dismissed.

*Mr. R. L. Clinton, Mr. E. D. Elderkin* and *Mr. C. F. Juttner,* for Appellant.

---

No. 4,197.—STATE EX REL. CHAS. A. RUSSELL, RESPONDENT, *v.* JOHN F. McKAY, CLERK, APPELLANT.

*Appeal from District Court, Sanders County; Asa L. Duncan, Judge.*

Decided September 20, 1920.

58 Mont.—45